[No. 40539-3-II.   Division Two.   March 27, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS CLAYTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-01363-4, Frank E. Cuthbertson, J., entered April 2, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.

[No. 40848-1-II.   Division Two.   March 27, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. HOPEANN EVAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-01149-6, Bryan E. Chushcoff, J., entered June 11, 2010. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Van Deren and Worswick, JJ.

[No. 41177-6-II.   Division Two.   March 27, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCOS R. LOZANO, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-00446-7, Wm. Thomas McPhee, J., entered September 8, 2010. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.

[No. 41287-0-II.   Division Two.   March 27, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH ANDREW SORTLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-01145-7, Katherine M. Stolz, J., entered October 8, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Worswick, J.